RECEIVED
APR 2 5 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAYTON GILES | * CIVIL NO. 6:11-1774 |
| VS. | * JUDGE DOHERTY |
| LOUIS ACKAL, ET AL. | * MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendants' Motion for Summary Judgment [rec. doc. 8] is **GRANTED**. Accordingly all federal claims asserted by Clayton Giles in this action are **DISMISSED WITH PREJUDICE**, and all state law claims asserted by Clayton Giles in this action are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 25 day of April, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE